IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVIE WYRE, (TDCJ #1858012) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-1401 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** without prejudice as an unauthorized successive petition.

SIGNED at Houston, Texas, on  MAY 1 1 2018 .

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE